FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

05 MAY 24 PM 4: 44

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUANE RYAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Case No. 4:05CR3006<br>)<br>)<br>)<br>) |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Continue Plea Hearing under seal.

DATED this 24 day of May, 2005.

BY THE COURT:

*[signature]*

The Honorable David L. Piester
United States Magistrate Judge