```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>        Plaintiff,   )<br>              )<br>    v.        )<br>              )<br>DUANE A. RYAN,      )<br>              )<br>        Defendant.   )<br>              ) | 4:05CR3006<br><br>ORDER |

   IT IS ORDERED:

   1. Defendant's oral motion to reschedule the plea hearing from June 21 to a new date is granted and the change of plea hearing is rescheduled to **June 15, 2005** at **3:00 p.m.** before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

   2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

   DATED this 25th day of May, 2005.

                    BY THE COURT:

                    s/ *David L. Piester*
                    David L. Piester
                    United States Magistrate Judge